IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID E. KALIN, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL ASTRUE, Commissioner | : | |
| of the Social Security Administration | : | NO. 13-7642 |

## ORDER

**AND NOW**, this 9th day of April, 2014, upon consideration of the Defendant's Motion to Dismiss Plaintiff's Complaint (Document No. 6) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the complaint is **DISMISSED**.

                                                    /s/ Timothy J. Savage
                                                    TIMOTHY J. SAVAGE,  J.