IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID E. KALIN, JR.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL ASTRUE, Commissioner** | : | |
| of the Social Security Administration | : | **NO. 13-7642** |

## ORDER

**AND NOW**, this 28th day of May, 2014, upon consideration of the Motion for Reconsideration (Document No. 10) and the defendant's response, it is **ORDERED** that the motion is **DENIED**.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.